ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona
LIZA M. GRANOFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: liza.granoff@usdoj.gov
Attorneys for Plaintiff

FILED

2018 JUL -3 PM 5:02

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

RCC(JR)

| United States of America, | CR18-1307TUC |
| --- | --- |
| Plaintiff, | INDICTMENT |
| vs. | VIO: 21 U.S.C. § 846 |
| Rodney Nebraska Langford,<br>Cedric Ledale Taylor, | (Conspiracy to Possess with Intent to Distribute Marijuana) |
| Defendants. | |

**THE GRAND JURY CHARGES:**

Beginning at a time unknown to on or about August 30, 2017, at or near Tucson, in the District of Arizona and elsewhere, Rodney Nebraska Langford and Cedric Ledale Taylor, did knowingly and intentionally combine, conspire, confederate and agree together and with persons known and unknown to the grand jury, to possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 165.4 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL

/ S /

_____
Presiding Juror

REDACTED FOR
PUBLIC DISCLOSURE

ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona

/ S /

Assistant U.S. Attorney

Dated: July 3, 2018